MARTIN J. TIERNEY, S.B. No. 46062
BENJAMIN C. SANCHEZ, *Pro Hac Vice*
TIERNEY, WATSON & HEALY
595 Market Street, Suite 2360
San Francisco, CA 94105
Telephone (415) 974-1900
Facsimile (415) 974-6433

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **GEORGE J. KENNEY,** | Case No. C-03-3848-BZ |
| **Plaintiff,** | |
| vs. | **ORDER TO DISTRIBUTE FUNDS DEPOSITED WITH THE COURT** |
| **UNITED STATES OF AMERICA, TICOR TITLE CO. OF CALIFORNIA, FIRST SELECT INC., ESKANOS & ADLER, P.C.** | |
| **Defendants.** | |

Pursuant to the opinion of the United States Court of Appeals for the Ninth Circuit filed August 17, 2006, and the stipulation of the affected parties filed September 20, 2006, and notice having been given to all interested parties with respect to the funds deposited with this court:

IT IS HEREBY ORDERED that:

1. Plaintiff is entitled to the sum of $84,890.00.

2. Defendant United States of America is entitled to the sum of $71,467.00

3. Plaintiff is entitled to fifty-four percent (54%) of the remaining balance.

4. Defendant United States of America is entitled to forty-six percent (46%) of the remaining balance.

5. Payment to Plaintiff George Kenney should be made payable and delivered to:

[PROPOSED] ORDER TO DISTRIBUTE FUNDS DEPOSITED WITH THE COURT

1    Tierney, Watson & Healy
     595 Market Street, suite 2360
2    San Francisco, CA 94105

3    6.   Payment to defendant United States of America should be made payable to the

4    "United States Treasury" and should be delivered to:

5    c/o David L. Denier
     Assistant United States Attorney
6    9th Floor, Federal Building
     450 Golden Gate Avenue, Box 36055
7    San Francisco, CA 94102

Dated:  October 17, 2006           _____
                                   MAGISTRATE JUDGE
                                   UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISTRIBUTE FUNDS DEPOSITED WITH THE COURT